UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>MANUEL LEAL dba RCA CONSTRUCTION and DOMINGO ALVAREZ,<br><br>　　　　　　Defendants. | CASE NO. ED CV 11-01049 (VAP)<br><br>**JUDGMENT BY THE COURT** |

　　　Plaintiff Navigators Specialty Insurance Company's ("Navigators") Motion for Default Judgment, came on regularly for hearing before this Court on August 13, 2012. This Court, having previously entered the default of Defendant Manuel Leal dba RCA Construction ("RCA"), and no appearance by RCA being made, upon application and supporting documentation provided by Navigators concludes that Navigators is entitled to judgment as a matter of law.

　　　THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

　　　1.　　Judgment on Navigators' First Claim for Declaratory Relief (No Duty to Defend RCA against the Underlying Action (Employer's Liability Exclusion)) is GRANTED.  The Court declares that the employer's liability exclusion (form ANF 168 (7/99)) ("Employer's Liability Exclusion") precludes Navigators' duty to defend RCA against an underlying action titled <u>Alvarez v. RCA Construction, et al.</u>, Riverside County Superior Court, Case No. RIC10024480 ("Underlying

Action") under Navigators policy no. 04-N0010095 ("Policy").

2. Judgment on Navigators' Second Claim for Declaratory Relief (No Duty to Defend RCA against the Underlying Action (Independent Contractors Warranty Endorsement)) is GRANTED. The Court declares that the independent contractor's endorsement (form ANF-ES 130 (06/98)) ("ICW Endorsement") precludes Navigators' duty to defend RCA against the Underlying Action under the Policy.

3. Judgment on Navigators' Third Claim for Declaratory Relief (No Duty to Indemnify RCA against the Underlying Action (Employer's Liability Exclusion)) is GRANTED. The Court declares that the Employer's Liability Exclusion precludes Navigators' duty to indemnify RCA for the Lawsuit under the Policy.

4. Judgment on Navigators' Fourth Claim for Declaratory Relief (No Duty to Indemnify RCA against the Underlying Action (Independent Contractors Warranty Endorsement)) is GRANTED. The Court declares that the ICW Endorsement precludes Navigators' duty to indemnify RCA for the Underlying Action under the Policy.

Dated:_August 21, 2012___          _____
                                   Honorable Virginia A. Phillips
                                   Judge of the United States District Court
                                   Central District of California