**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>MANUEL LEAL DBA RCA CONSTRUCTION, AND DOMINGO ALVAREZ,<br><br>        Defendants. | Case No. EDCV 11-01049 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Plaintiff Navigators Specialty Insurance Company's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, came before this Court for hearing on August 27, 2012.

    After having considered the papers and arguments submitted in support and opposition thereof, and good cause appearing therefor:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Summary Judgment on Plaintiff's claims for declaratory relief is GRANTED.

Plaintiff does not have a duty to defend Manuel Leal dba RCA Construction against an underlying action titled <u>Alvarez v. RCA Construction, et al.</u>, Riverside County Superior Court, Case No. RIC10024480.

Plaintiff does not have a duty to indemnify Manuel Leal dba RCA Construction against an underlying action titled <u>Alvarez v. RCA Construction, et al.</u>, Riverside County Superior Court, Case No. RIC10024480.

The Court orders that such judgment be entered.

Dated: August 31, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge

2